1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  STEVEN WAYNE BONILLA

No. 2:23-cv-01492-TLN-KJN

No. 2:23-cv-01493-TLN-KJN

No. 2:23-cv-01494-TLN-KJN

No. 2:23-cv-01495-TLN-KJN

No. 2:23-cv-01496-TLN-KJN

No. 2:23-cv-01497-TLN-KJN

No. 2:23-cv-01500-TLN-KJN

No. 2:23-cv-01501-TLN-KJN

No. 2:23-cv-01509-TLN-KJN

No. 2:23-cv-01510-TLN-KJN

**ORDER**

Plaintiff is a state prisoner, proceeding without counsel, in these civil actions.  On November 29, 2018, Plaintiff was declared a vexatious litigant in Case No. 2:18-cv-2544-TLN-KJN.  On June 14, 2023, the undersigned issued an amended vexatious litigant order in Case No. 2:18-cv-2544-TLN-KJN.  Pursuant to the amended vexatious litigant order, all new cases filed by Plaintiff related to his Alameda County conviction will be dismissed and closed.

1       Pursuant to the amended vexatious litigant order, the undersigned reviewed the

2   complaints/petitions filed in the cases listed in the caption above.  The Court finds the

3   complaints/petitions filed in the cases listed in the caption above are related to Plaintiff's

4   Alameda County conviction.

5       Accordingly, IT IS HEREBY ORDERED that 2:23-cv-01492, 2:23-cv-01493, 2:23-cv-

6   01494, 2:23-cv-01495, 2:23-cv-01496, 2:23-cv-01497, 2:23-cv-01500, 2:23-cv-01501, 2:23-cv-

7   01509 and 2:23-cv-01510 are DISMISSED; the Clerk of the Court is directed to close these cases;

8   no further filings will be accepted in any of the above referenced cases.

9       IT IS SO ORDERED.

10  Date:  August 4, 2023

13  Troy L. Nunley
    United States District Judge

2